SCWC-13-0000020

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

E*TRADE BANK,
Respondent/Plaintiff-Appellee,

vs.

BRUCE CHADWICK,
Petitioner/Defendant-Appellant,

and

BONNIE SUE CHADWICK; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,
INC.; MOVADO GROUP, INC.; PUUNOA HOMEOWNERS ASSOCIATION, INC.,
Defendants

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000020; CIVIL NO. 09-1-0781(2))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Bruce Chadwick's

Application for Writ of Certiorari filed on June 3, 2014, is

hereby rejected.

DATED: Honolulu, Hawai'i, July 15,2014.

Gary Victor Dubin,
Frederick J. Arensmeyer,
and Zeina Jafar
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

Robert E. Chapman
and Mary Martin
for respondent

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

